UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NICOLE B. SLAUGHTER, | ) | |
|       Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LISA A. DICAPRIO, | ) | 7:14-CV-272-FL |
|       Defendant. | ) | |

**Decision by Court.**

This action came before United States District Judge Louise Wood Flanagan for the consideration of Plaintiff's Motion to Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the Court's Order entered on January 30, 2015, that Plaintiff's Motion to Remand is GRANTED and this case is remanded to the Superior Court of New Hanover County, North Carolina.

**This Judgment Filed and Entered on January 30, 2015, and Copies To:**

John M. Martin (via CM/ECF Notice of Electronic Filing)
Thomas S. Babel (via CM/ECF Notice of Electronic Filing)
Gary K. Shipman (via CM/ECF Notice of Electronic Filing)
Kyle J. Nutt (via CM/ECF Notice of Electronic Filing)
The Honorable Jan G. Kennedy, New Hanover County Clerk of Superior Court,
   PO Box 2023, Wilmington, NC 28402 (via U.S. Mail)

January 30, 2015                    JULIE RICHARDS JOHNSON, CLERK

                                                  _/s/ Susan W. Tripp_____
                                                  (By) Susan W. Tripp, Deputy Clerk